# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-1346-GHK(FFMx) | Date | July 30, 2009 |
|---|---|---|---|
| Title | CHENSON INDUSTRIAL Co. v. LESPORTSAC, Inc., et al. | | |

| Present: The Honorable | FREDERICK F. MUMM, U. S. MAGISTRATE JUDGE |
|---|---|

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS): ORDER TO SHOW CAUSE RE SETTLEMENT

The parties are ordered to file a report within 7 days of the date of this order describing the status of the parties' efforts to complete settlement in this matter.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |